BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
Special Attorney to the A.G.
of the United States
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708



FILED
AUG 04 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 2:11-cr-0332 MCE
                          )
            Plaintiff,    )
                          )
       v.                 )
                          ) VIOLATION: 18 U.S.C. § 1030
HECTOR XAVIER MONSEGUR,   )
a/k/a "Sabu,"             )
a/k/a "Xavier DeLeon,"    )
a/k/a "Leon,              )
                          )
            Defendant.    )
_____)

**INFORMATION**

The United States Attorney charges T H A T:

HECTOR XAVIER MONSEGUR,
a/k/a "Sabu,"
a/k/a "Xavier DeLeon,"
a/k/a "Leon,

on or about February 5, 2011, in Sacramento County in the State and Eastern District of California, in New York County in the State and Southern District of New York, and elsewhere, willfully and knowingly caused the transmission of a program, information, code,

and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, and thereby caused at least $5,000 in aggregate loss to at least one person during a one-year period, to wit, MONSEGUR, while using a computer located in New York, New York, together with others, accessed without authorization the computer servers of HBGary, Inc., which servers were located in Sacramento, California, and HBGary Federal, LLC, which servers were located in Colorado Springs, Colorado, and stole confidential information including email messages and other information.

All in violation of Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), & 2 of Title 18 of the United States Code.

BENJAMIN B. WAGNER
United States Attorney

DATE: August 3, 2011        By: /s/ Matthew D. Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

Penalty Slip    

HECTOR XAVIER MONSEGUR
    a/k/a "Sabu"
    a/k/a " Xavier DeLeon"
    a/k/a " Leon"

Violation:   18 U.S.C. § 1030- Computer Fraud

Penalty:     Not more than $250,000,000, or
             Not more than 10 years of imprisonment, or
             Not more than 3 years of supervised release

Special Assessment: $100.00