```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```



**FILED**
JAN 16 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:11-cr-0332 MCE |
| Plaintiff, | |
| v. | PETITION TO SEAL INFORMATION, ORDER, AND SEALING ORDER |
| HECTOR XAVIER MONSEGUR, a/k/a "Sabu," a/k/a "Xavier DeLeon," a/k/a "Leon, | **UNDER SEAL** |
| Defendant. | |

To the Honorable KENDALL J. NEWMAN, United States Magistrate Judge:

Comes Now MATTHEW D. SEGAL, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. I have signed the attached Information for filing with the Clerk of this Court charging the above-named Defendant with a felony violation of Title 18, United States Code, Section 1030 (Computer Fraud).

///

2. The Information is filed pursuant to arrangements among the U.S. Attorney's Office for this District, the U.S. Attorney's Office for the Southern District of New York (S.D.N.Y.), other U.S. Attorney's Offices, the Computer Hacking and Intellectual Property Section, and the attorney for the Defendant. I anticipate that this Information will be transferred under Fed. R. Crim. P. 20 to the S.D.N.Y., where the Defendant will waive his right to grand jury indictment.

3. Based on my discussions with Assistant United States Attorneys in the S.D.N.Y., I understand that the Defendant is now cooperating with law enforcement and that if he is identified in public documents, it could jeopardize the Defendant and at least one ongoing investigation.

4. Also based on my discussions with the S.D.N.Y., sometime after the Defendant has pleaded guilty and finished his covert, ongoing cooperation with law enforcement, the Government will move to unseal this Information (and others) against the Defendant.

THEREFORE, your petitioner prays that the aforesaid Information, this Petition, Order, and Sealing Order be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until further order of the court.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 4, 2011        By: /s/ Matt S.
                             MATTHEW D. SEGAL
                             Assistant U.S. Attorney