1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708



**FILED**

AUG 0 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK



5

6  **SEALED**

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   NO. 2:11-cr-0332 MCE
                                 )
12              Plaintiff,        )
                                 )           ORDER
13      v.                       )
                                 )
14 HECTOR XAVIER MONSEGUR,       )   **UNDER SEAL**
   a/k/a "Sabu,"                 )
15 a/k/a "Xavier DeLeon,"        )
   a/k/a "Leon,                  )
16              Defendant.       )
   _____

17

18

19      The Court hereby orders that in this case, the Information,

20 Petition to Seal, and this Order shall be sealed until further order

21 of a court having jurisdiction over this case.

22      Notwithstanding this Order, the sealed-stamped copies of the

23 filings in this case may be distributed among various offices of the

24 U.S. Department of Justice and to the Defendant, his attorney, and his

25 attorney's staff.

26 DATED: Aug 4, 2011                 _____
27                                   HONORABLE KENDALL J. NEWMAN
                                     United States Magistrate Judge
28