**FILED**

AUG 04 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:11-cr-0332 MCE |
| Plaintiff, ) | **UNDER SEAL** |
| v. ) | |
| SEALED, ) | |
| Defendant. ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until further order of a court with jurisdiction over this case.

DATED: Aug 4, 2011

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge