In the United States District Court

for the __Eastern__ District of __California__

FILED
AUG 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America

v.

Hector X. Monsegur

Criminal No. 2:11-CR-0332-MCE

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

SEALED

I, __Hector X. Monsegur__, defendant, have been informed that an __Information__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am under arrest__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __August 5th__, 19 __2011__ at __New York, NY__

_____
(*Defendant*)

_____
(*Witness*)

_____
(*Counsel for Defendant*)

Approved

__Benjamin B. Wagner__ _____  __Preet Bharara__ /by/ _____ James Pastore Jr.
United States Attorney for the                United States Attorney for the
__E.D. California__ District of              __S.D.N.Y.__ District of

FORM OBD-101
8-27-74

Formerly USA-16

## RULE 20—TRANSFER NOTICE

| TO: Benjamin Wagner, U.S. Attorney<br>By: Matthew Segal, AUSA | DISTRICT To: EDCA<br>From: SDNY | DATE August 4, 2011 |
|---|---|---|
| NAME OF SUBJECT: Hector X. Monsegur | STATUTE VIOLATED 18 USC 1030 | FILE DATA (Docket and Number) 11 Cr. 666 (LAP) |

### PART A—DISTRICT OF ARREST

[X] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No.: 2:11 Cr.-0332-MCE

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA     DATE OF SENTENCE     SENTENCE

| SIGNATURE: Preet Bharara, U.S. Attorney, SDNY<br>By: James Pastore, AUSA | ADDRESS One St. Andrew's Plaza<br>New York, NY 10007 |
|---|---|

### PART B—DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock. (Kindly notify me of any anticipated delay.)

[X] Enclosed are two certified copies of indictment or information. Docket No. 2:11 Cr-0332-MCE

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE: Benjamin Wagner, U.S. Attorney EDCA<br>By: Matthew Segal, AUSA | DISTRICT EDCA | DATE 8/8/11 |
|---|---|---|

See United States Attorneys Manual, Title 2, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedure under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p. 44.1, United States Attorneys Manual.

DOJ