UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 I STREET, ROOM 4-200
SACRAMENTO, CALIFORNIA 95814

August 8, 2011

Clerk, US District Court
Southern District of New York


Re:   USA v. Hector Xavier Monsegur
      CR. S-2:11-cr-0332 MCE

Dear Sir/Madam:

　　　Pursuant to the Consent to Transfer Case for Plea and Sentence under Rule 20 having been filed in this district, the following documents are herewith forwarded for your records:

　　　X   CERTIFIED COPY OF INDICTMENT/INFORMATION

　　　X   CERTIFIED COPY OF THE CONSENT TO TRANSFER

　　　X   CERTIFIED COPY OF THE DOCKET SHEET

　　　X   OTHER: Completed SEALED case file

　　　Please acknowledge receipt of the above documents on the photocopy of this letter and return in the enclosed self-addressed stamped envelope.

　　　Very truly yours,

Victoria C. Minor, Clerk of Court


By:      /s/ Jeremy Donati
         Jeremy Donati, Operations Supervisor


Date Received:        _____

Deputy Clerk:         _____

New Case Number:      _____