1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6                  IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,    )      CASE NO.  2:11-CR-332 MCE
                                )
10                 Plaintiff,   )
                                )
11      v.                      )
                                )
12  XAVIER MONSEGUR,            )
                                )
13                 Defendant.   )

14  UNITED STATES OF AMERICA,    )      CASE NO.  2:13-CR-082 KJM
                                )
15                 Plaintiff,   )
                                )
16      v.                      )
                                )
17  MATTHEW KEYS,               )
                                )
18                 Defendant.   )

19

20                      **NOTICE OF RELATED CASES**

21      The United States respectfully submits this Notice of Related

22  Cases pursuant to Local Rule 83-123(b).

23      Both cases related to computer hacking attacks by the group

24  that called itself "Anonymous."  The Keys case alleges that Keys

25  gave login credentials to members of Anonymous and encouraged them

26  to vandalize the web site of his former employer, a news

27  organization.  Defendant Monsegur, who used the nickname "Sabu,"

28  appeared in the Internet chat log at the core of the Keys case, and,

                                  1

1  in that chat log, offered advise on how to conduct the network

2  intrusion.  Monsegur later became a cooperating defendant in the

3  Southern District of New York.

4                                        Respectfully Submitted,

5                                        BENJAMIN B. WAGNER
                                         United States Attorney
6

7
   DATE: March 14, 2013          By:   /s/ Matt Segal
8                                       MATTHEW D. SEGAL
                                        Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28